1014

[No. 57712-3-I. Division One. April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM S. MUNDT, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-00870-1, Charles R. Snyder, J., entered January 18, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 57756-5-I. Division One. April 23, 2007.]

NANCY WILLIAMS, *Appellant*, v. WINDERMERE REAL ESTATE/EAST, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-16046-4, Douglass A. North, J., entered January 27, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.

[No. 57799-9-I. Division One. April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY XAVIER JORGENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05499-5, Linda Lau, J., entered February 23, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57836-7-I. Division One. April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY JEFFERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-08639-1, Julie Spector, J., entered February 6, 2006. *Affirmed* by unpublished per curiam opinion.